# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-mj-07061 |
| MICHAEL MCDONNELL | Kent Gray |

**THE DEFENDANT:**

Pleaded guilty to counts one and two in the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1402 18 US 13 | Careless Driving | 7/4/2006 | 1 |
| CRS 42-4-1409 18 US 13 | No Proof of Insurance | 7/4/2006 | 2 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 13, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. District Court Magistrate
Name & Title of Judicial Officer

December 14, 2006
Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $100.00 | |
| 2 | $25.00 | $200.00 | |
| **TOTALS** | $35.00 | $300.00 | $0.00 |

Defendant shall pay fines and costs by February 13, 2007, or warrant shall issue.

Defendant shall complete Level II drug/alcohol education and shall provide proof of completion to the government. Defendant shall further complete 48 hours of community service and shall provide proof to the government. Four points shall be assessed against defendant's driving privileges.